UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

MANUEL MENENDEZ,           )
                           )
       Plaintiff,          )
                           )
v.                         )   Case No.
                           )
EQUIFAX INFORMATION SERVICES LLC, )
                           )
       Defendant.          )

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL

COMES NOW, Equifax Information Services LLC ("Equifax"), and files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(b) and 1446(a) and in support thereof respectfully shows the Court as follows:

### Procedural Background

1. Manuel Menendez is the plaintiff. Equifax is named as the defendant.

2. On July 6, 2012, Plaintiff filed a Complaint in the 11th Judicial Circuit Court, Miami-Dade County, Florida ("State Court Civil Action") alleging that Equifax Information Services LLC reported false or erroneous information on Plaintiff's credit report in violation of the Fair Credit Reporting Act. Plaintiff requests a jury trial.

3. Equifax Information Services LLC was served with Plaintiff's Complaint on July 11, 2012. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

### Grounds for Removal

4. The State Court Civil Action seeks damages for Equifax Information Services LLC's alleged violations of the federal Fair Credit Reporting Act (15 U.S.C. § 1681 *et. seq.*)

(*See,* Complaint, ¶ 1, attached hereto as part of Exhibit A). Therefore, the State Court Civil Action is an action over which this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1681p.

5. Removal of the State Court Civil Action is proper pursuant to 28 U.S.C. § 1441(c) because the State Court Civil Action is founded on a claim or right arising under the Constitution, treaties or laws of the United States.

**Compliance With Procedural Requirements**

6. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed with this Court within thirty (30) days after Equifax Information Services LLC received a copy of Plaintiff's pleading setting forth the claims for relief upon which Plaintiff's action is based.

7. Pursuant to 28 U.S.C. § 1441(a) and S.D. Fla. Loc. R. 3.1(F), venue of the removal action is proper in the United States District Court for the Southern District of Florida because the county from which the State Court Civil Action is being removed lies within this jurisdiction.

8. Promptly after filing this Notice of Removal, Equifax Information Services LLC shall give written notice of the removal to the plaintiff and will file a copy of this Notice of Removal with the Clerk of the 11th Judicial Circuit Court, Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d).

9. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Equifax Information Services LLC in the State Court Civil Action are attached hereto as Exhibit A.

WHEREFORE, Equifax Information Services LLC respectfully prays that the State Court Civil Action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: July 31, 2012
Miami, Florida

Respectfully submitted,

By:/s/Melissa A. Campbell
Melissa A. Campbell
Florida Bar No. 32090
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
201 S. Biscayne Blvd, Suite 2600
Miami, Florida 33131
(305) 679-5700 (phone)
(305) 679-5710 (fax)
mcampbell@joneswalker.com

J. Anthony Love
FL Bar No. 67224
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
tlove@kslaw.com

Attorneys for Defendant Equifax Information Services LLC

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL by United States Mail, postage prepaid to the following:

Leo Bueno, Esq.
PO Box 141679
Coral Gables, FL 33114-1679

Dated:  July 31, 2012

                                                    /s/ Melissa A. Campbell
                                                    Melissa A. Campbell

{M0409009.1}        DMSLIBRARY01-19250107.1

# EXHIBIT "A"